**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-30437
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

KIM JAMES NELSON,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(94-CR-20062-ALL)

January 14, 1999

Before DAVIS, DUHÉ and PARKER, Circuit Judges.

PER CURIAM:[1]

Court appointed counsel for Kim James Nelson has filed a motion to withdraw and an accompanying brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967). Nelson has filed a response opposing the motion and setting forth issues he contends are non-frivolous. We have examined the brief, the opposition, the record and the law and find that there are no non-frivolous issues for appeal. Accordingly, counsel's motion to withdraw is GRANTED and the appeal is DISMISSED.

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.